UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

       v.                           Case No.  08-cr-161-01/02-SM

<u>Alan Houghton and</u>
<u>Alnardo Suarez</u>,
    Defendants

<u>O R D E R</u>

Defendant Houghton's motion to continue the trial is granted  (document no. 19).   Trial has been rescheduled for the month of June  2009.  Defendant Houghton  shall file a waiver of speedy trial rights not later than May 21, 2009.  On the filing of such waiver, his  continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for June 4, 2009 at 1:30 p.m.

Jury selection will take place on June 16 2009 at 9:30 a.m.

SO ORDERED.

/Steven J. McAuliffe
Chief Judge

May 8, 2009

cc:   Bjorn Lange, Esq.
      Michael Zaino, SAUSA
      U.S. Marshal
      U.S. Probation